IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01942-REB-MJW

DAVID Y. CHEN,

Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendant's Unopposed Motion for Entry of Stipulated Protective Order (docket no. 13) is GRANTED finding good cause shown. The written Protective Order (docket no. 13-1) is APPROVED as amended in paragraphs 4 and 10 and made an Order of Court.

Date: October 4, 2012