IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01942-REB-MJW

DAVID Y. CHEN,

Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Stay Discovery (docket no. 27) is DENIED for the following reasons.  Here, the court finds that the parties have failed to demonstrate any real hardship or inequity if a stay is not granted.  Ben Ezra, Weinstein, & Co. v. America Online Inc., 206 F.3d 980, 987 (10th Cir. 2000).  In this case, some discovery will need to be conducted regardless of the rulings by Judge Blackburn on the cross motions for declaratory judgment (docket nos. 17 and 20).  See paragraph 4 on page 2 of subject motion (docket no. 27).  Moreover, nothing prevents the parties from settling this case at any time.  Accordingly, in this court's discretion and in the interest of justice pursuant to S.E.C. v. Nacchio, 2005 WL 1799372 (D. Colo. July 28, 2005), the Stipulated Motion to Stay Discovery (docket no. 27) should be denied.

Date: February 14, 2013