**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01942-REB-MJW

DAVID Y. CHEN,

     Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion For Dismissal With Prejudice** [#45][1] filed September 3, 2013. After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice with each party to pay its own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal With Prejudice** [#45] filed September 3, 2013, is **GRANTED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set October 4, 2013, are **VACATED**;

3. That the jury trial set to commence October 21, 2014, is **VACATED**; and

---

[1] "[#45]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 3, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge